Jose Luis MERCADO–ZAZUETA,
Petitioner,

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–71428.

United States Court of Appeals,
Ninth Circuit.

July 13, 2009.

Randy J. Tunac, Allen, Tunac & Coughlon, PLLC, Phoenix, AZ, for Petitioner.

Charles Canter, Trial, John D. Williams, Esquire, U.S. Department of Justice Civil Division/Office of Immigration Litigation, District Counsel, Esquire, Office of the District Director U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, GRABER, and WARDLAW, Circuit Judges.

## ORDER

The memorandum disposition in *Mercado–Zazueta v. Holder,* —— Fed.Appx. —— (9th Cir.2009), is vacated.

IT IS SO ORDERED.